UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED

2020 SEP 30  PM 4: 13

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

ELIZABETH S. SCHNEIDER

CASE NO. 6:20-cr-133-ORL-78LRH

18 U.S.C. § 2261A(2)(B)
18 U.S.C. § 875(c)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on or about March 28, 2020, and continuing through on or about September 5, 2020, in the Middle District of Florida and elsewhere, the defendant,

ELIZABETH S. SCHNEIDER,

with the intent to harass and intimidate another person, used a facility of interstate and foreign commerce, namely a telephone system, to engage in a course of conduct that caused and reasonably would be expected to cause substantial emotional distress to a person.

In violation of 18 U.S.C. §§ 2261A(2)(B) and 2261(b).

## COUNT TWO

On or about July 3, 2020, in the Middle District of Florida and elsewhere, the defendant,

ELIZABETH S. SCHNEIDER,

did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another with the intent to communicate a true threat and with the knowledge that the communication would be viewed as a true threat, that is, SCHNEIDER stated that she was going to kill the victim.

In violation of 18 U.S.C. § 875(c).

## COUNT THREE

On or about August 16, 2020, in the Middle District of Florida and elsewhere, the defendant,

ELIZABETH S. SCHNEIDER,

did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another with the intent to communicate a true threat and with the knowledge that the communication would be viewed as a true threat, that is, SCHNEIDER stated that the victim

2

should gather her family and hide because SCHNEIDER knew where the victim lived.

In violation of 18 U.S.C. § 875(c).

## COUNT FOUR

On or about September 5, 2020, in the Middle District of Florida and elsewhere, the defendant,

### ELIZABETH S. SCHNEIDER,

did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another with the intent to communicate a true threat and with the knowledge that the communication would be viewed as a true threat, that is, SCHNEIDER stated that she knew where the victim lived and that she was going to come to the victim's house to kill her "today."

In violation of 18 U.S.C. § 875(c).

## COUNT FIVE

On or about September 5, 2020, in the Middle District of Florida and elsewhere, the defendant,

### ELIZABETH S. SCHNEIDER,

did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another with the intent to

communicate a true threat and with the knowledge that the communication would be viewed as a true threat, that is, SCHNEIDER stated that it was Labor Day weekend and that she was going to kill the victim.

In violation of 18 U.S.C. § 875(c).

## FORFEITURE

1.      The allegations contained in Counts Two through Five are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.      Upon conviction of a violation of 18 U.S.C. § 875, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3.      If any of the property described above, as a result of any act or omission of the defendant:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third party;

        c.      has been placed beyond the jurisdiction of the court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By:   _____
Chauncey A. Bratt
Assistant United States Attorney

By:   _____
Sara C. Sweeney
Assistant United States Attorney
Deputy Chief, Orlando Division

5

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## ELIZABETH S. SCHNEIDER

### INDICTMENT

Violations:   18 U.S.C. § 2261A(2)(B)
18 U.S.C. § 875(c)

A true bill,

_____
Foreperson

Filed in open court this 30th day of September 2020.

_____
Clerk

Bail   $_____

GPO 863 525