# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                 **CASE NO: 6:20-cr-133-WWB-LRH**

**ELIZABETH S. SCHNEIDER**

| JUDGE: | Wendy W. Berger | COUNSEL FOR GOVERNMENT: | Chauncey Arthur Bratt |
|---|---|---|---|
| DEPUTY CLERK: | Regina Fermer | | |
| COURT REPORTER: | Heather Suarez heathersuarez.usocr@gmail.com | COUNSEL FOR DEFENDANT: | Michael Shay Ryan |
| SCHEDULED DATE/TIME: | February 23, 2021 11:00 AM | INTERPRETER: | N/A |

## MINUTES – Change of Plea

Case called; appearances taken.
Defendant placed under oath.

Court inquired with Defendant and advised Defendant of Rights.

Defendant enters plea of guilty to Count Four of the Indictment.

Court accepts the Defendant's plea and adjudicates the Defendant guilty.

Sentencing set for May 17, 2021 at 9:30am.

Court adjourned.

**Time in court: 11:02am – 11:16am = 14 minutes**